UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION           MDL No. 2100

_____

**This Document Relates to:**          Case No. 3:14-cv-20006-DRH-PMF

JASON FISHER, individually,
and as the Administrator of the Estate     **Hon. Judge David R. Herndon**
of AMANDA FISHER, deceased.

      Plaintiff,

          v.

BAYER HEALTHCARE
PHARMACEUTICALS, INC.,
BAYER PHARMA AG, F/K/A
BAYER SCHERING PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG,
BAYER AG,
BARR LABORATORIES, INC., and
TEVA PHARMACEUTICALS USA, INC.

      Defendants.

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's May 2, 2016 Order, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                            **JUSTINE FLANAGAN,**
                            **ACTING CLERK OF COURT**

                            **BY:**   /s/*Caitlin Fischer*
                                **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.05.04 12:48:43 -05'00'

APPROVED:
      DISTRICT JUDGE
      U. S. DISTRICT COURT